CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **BELINDA GAIL JUSTUS,** Plaintiff, | Civil Action No. 1:11cv00014 |
| v. | **ORDER** |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** Defendant. | By: JAMES P. JONES UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report and Recommendation filed July 13, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $950; and

3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel.

ENTER: July 27, 2012.

/s/ James P. Jones
United States District Judge