IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| BELINDA GAIL JUSTUS,<br>   Plaintiff, | Civil Action No. 1:11cv00014 |
| v. | **ORDER** |
| MICHAEL J. ASTRUE,<br>  Commissioner of Social Security,<br>   Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report and Recommendation filed July 13, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $950; and
3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel.

ENTER: July 27, 2012.

_____
United States District Judge